| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Lynn, Barbara M | 2. Court or Organization U.S.D.C.-No. District of Texas | 3. Date of Report 7/8/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Federal Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address 1100 Commerce St, Room 1572 Dallas, TX 75242 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. | Board Member, Treasurer | International Womens Forum - Dallas |
| 3. | Past President, Executive Committee | Patrick Higginbotham Inn of Court |
| 4. | Trustee | The Center for American and International Law |
| 5. | Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 6. | Secretary | Federal Trial Judges Conference, Judicial Division of the American Bar Association |

## II. AGREEMENTS. (Reporting individual only; see p. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

2005 JUL 14 A 11:00

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Michael P. Lynn P.C. |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA | San Antonio, TX, February 5-8, ABA Mid-Year Meeting (meals, hotel, transportation) |
| 2. | Holderness Moot Court Craven | Chapel Hill, NC, February 27-29, J. Braxton Jr. Memorial Moot Court Competition (meals, hotel, transportation) |
| 3. | ABA | Tempe, AZ, April 14-15, ABA Judicial Division Spring Planning Meeting (meals, hotel, transportation) |
| 4. | American College of Trial Lawyers | San Antonio, TX, April 23, American College of Trial Lawyers, Texas State Meeting (meals, hotel, transportation) |
| 5. | ABA | Santa Fe, NM, June 17-20, ABA Spring Leadership Meeting (meals, hotel, transportation) |
| 6. | ABA | Atlanta, GA, August 5-7, ABA Annual Meeting (hotel, meals, transportation) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE · (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | ABA | Kohler, WI, September 30-October 3, ABA Fall Leadership Meeting (hotel, meals, transportation) |
| 8. | University of Houston | Galveston, TX, October 7-8, Panelist, Houston Intellectual Property Law Association |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 7/8/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Charles Schwab Brokerage Account #1 (includes 2-32) | | | | | | | | | |
| 2. -Schwab Tax Exempt Money Market Fund | C | Dividend | O | T | | | | | |
| 3. -Scudder Municipal Bond Mutual Fund | E | Dividend | N | T | | | | | |
| 4. -Vanguard Intermediate Term Municipal Bond Mutual Fund | D | Dividend | N | T | | | | | |
| 5. -Pimco Foreign Bond Mutual Fund | A | Dividend | J | T | | | | | |
| 6. -DFA US 6-10 Value Mutual Fund | C | Dividend | K | T | | | | | |
| 7. -Managers Fremont US Micro Cap Mutual Fund* | | None | K | T | | | | | |
| 8. -Gateway Mutual Fund | A | Dividend | L | T | | | | | |
| 9. -Harbor Capital Appreciation Mutual Fund | A | Dividend | K | T | | | | | |
| 10. -Janus Balanced Mutual Fund | A | Dividend | K | T | | | | | |
| 11. -Vanguard Index Trust Mutual Fund | A | Dividend | K | T | | | | | |
| 12. -Tweedy Browne Global Value Mutual Fund | A | Dividend | K | T | | | | | |
| 13. -Mosaic Investors | A | Dividend | M | T | | | | | |
| 14. -Royce Low Priced Stock | C | Dividend | M | T | | | | | |
| 15. -NASDAQ Biotech Index | | | | | Buy | 3/5 | L | | |
| 16. -NASDAQ Biotech Index | | | | | Sell | 6/10 | L | | |
| 17. -Dow Jones Telecom | A | Dividend | J | T | | | | | |
| 18. -Goldman Sachs Natural Resources | A | Dividend | K | T | Sale | 12/8 | K | D | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $6,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 7/8/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. -Goldman Sachs Networking | | None | K | T | | | | | |
| 20. -Goldman Sachs Software | A | Dividend | K | T | | | | | |
| 21. -Goldman Sachs Technology | | | | | Sale | 8/11 | K | C | |
| 22. -MSCI Japan Index Fund | A | Dividend | M | T | | | | | |
| 23. -Ishares 1-3 Year Treasury Fund | B | Dividend | L | T | | | | | |
| 24. -Cohen & Steers Realty | A | Dividend | | | Sell | 4/7 | K | C | |
| 25. -Dow Jones Basic Materials Sector | A | Dividend | K | T | | | | | |
| 26. -Dow Jones Consumer Services* | A | Dividend | | | Sell | 8/6 | J | B | |
| 27. -Dow Jones Consumer Goods* | A | Dividend | J | T | | | | | |
| 28. -Dow Jones Energy Sector | A | Dividend | K | T | | | | | |
| 29. -Dow Jones Real Estate | A | Dividend | | | Sale | 4/7 | J | C | |
| 30. -Rydex Juno Fund | | None | M | T | Buy | 5/11 | M | | |
| 31. -Goldman Sachs Semiconductors | | None | M | T | Buy | 11/24 | M | | |
| 32. -Pimco Commodity Fund | D | Dividend | M | T | Buy | 10/25 | M | | |
| 33. Charles Schwab Brokerage Account #2 (includes 34-67) | | | | | | | | | |
| 34. -Schwab Tax Exempt Money Market | C | Dividend | O | T | | | | | |
| 35. -Scudder Municipal Bond Mutual Fund | D | Dividend | N | T | | | | | |
| 36. -Vanguard Intermediate Municipal Bond Mutual Fund | D | Dividend | N | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,000-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 7/8/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -Pimco Foreign Bond Mutual Fund | A | Dividend | K | T | | | | | |
| 38. -DFA US 6-10 Value Mutual Fund | C | Dividend | K | T | | | | | |
| 39. -Managers Fremont US Micro Cap Mutual Fundt* | | None | K | T | | | | | |
| 40. -Gateway Mutual Fund | B | Dividend | M | T | | | | | |
| 41. -Harbor Capital Appreciation Mutual Fund | A | Dividend | K | T | | | | | |
| 42. -Janus Balanced Mutual Fund | A | Dividend | K | T | | | | | |
| 43. -Vanguard Index Trust Mutual Fund | A | Dividend | K | T | | | | | |
| 44. -Tweedy Browne Global Value Mutual Fund | B | Dividend | M | T | | | | | |
| 45. -Mosaic Investors | A | Dividend | M | T | | | | | |
| 46. -Royce Low Priced Stock | C | Dividend | M | T | | | | | |
| 47. -Dow Jones Real Estate | A | Dividend | | | Sell | 4/7 | J | C | |
| 48. -Dow Jones Technology Sector | | | | | Buy | 1/9 | M | | |
| 49. -Dow Jones Technology Sector | | | | | Sell | 8/6 | M | | |
| 50. -Dow Jones Telecom | A | Dividend | J | T | | | | | |
| 51. -Cohen & Steers Realty | A | Dividend | | | Sell | 4/7 | L | D | |
| 52. -Ishares 1-3 Year Treasury Fund | B | Dividend | L | T | | | | | |
| 53. -Dow Jones Basic Materials | A | Dividend | K | T | | | | | |
| 54. -Dow Jones Consumer Services* | A | Dividend | | | Sell | 8/6 | J | B | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    I = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 7/8/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Dow Jones Consumer Goods* | A | Dividend | K | T | | | | | |
| 56. -Dow Jones Energy Sector | A | Dividend | K | T | | | | | |
| 57. -Goldman Sachs Networking | | None | K | T | | | | | |
| 58. -Goldman Sachs Software | A | Dividend | K | T | | | | | |
| 59. -MSCI Japan Fund | A | Dividend | M | T | | | | | |
| 60. -Goldman Sachs Natural Resources | A | Dividend | | | Sell | 12/8 | K | D | |
| 61. -Goldman Sachs Semiconductor | A | Dividend | M | T | Buy | 1/13 | M | | |
| 62. -Goldman Sachs Semiconductor | | | | | Partial Sale | 4/29 | M | C | |
| 63. -Goldman Sachs Semiconductor | | | | | Buy | 11/24 | L | | |
| 64. -NASDAQ Biotech Fund | | | | | Buy | 3/5 | L | | |
| 65. -NASDAQ Biotech Fund | | | | | Sell | 6/10 | L | | |
| 66. -Rydex Juno Fund | | None | M | T | Buy | 5/11 | M | | |
| 67. -Pimco Commodity Fund | D | Dividend | M | T | Buy | 10/25 | M | | |
| 68. Charles Schwab Brokerage Account #3 (include 69) | | | | | | | | | |
| 69. -Schwab Tax Exempt Money Market | B | Dividend | O | T | | | | | |
| 70. Charles Schwab Brokerage Account #4 (include 71) | | | | | | | | | |
| 71. -Schwab Money Market | A | Dividend | J | T | | | | | |
| 72. Charles Schwab IRA Rollover #1 (includes 73-87) | | | | | | | | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 7/8/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Schwab Money Market | A | Dividend | L | T | | | | | |
| 74. -Meridian Value | E | Dividend | M | T | | | | | |
| 75. -TCW Galileo Value | C | Dividend | M | T | | | | | |
| 76. -Thompson Plumb Growth | C | Dividend | M | T | | | | | |
| 77. -Oppenheimer Real Asset | B | Dividend | J | T | | | | | |
| 78. -Dow Jones Energy Sector | A | Dividend | K | T | | | | | |
| 79. -Dow Jones Financial Sector | A | Dividend | K | T | | | | | |
| 80. -Dow Jones Financial Services | A | Dividend | K | T | | | | | |
| 81. -Goldman Sachs Natural Resources | A | Dividend | | | Sell | 12/8 | K | D | |
| 82. -Goldman Sachs Networking | | None | K | T | | | | | |
| 83. -Dow Jones Basic Materials | C | Dividend | N | T | Buy | 1/9 | M | | |
| 84. -Dow Jones Basic Materials | C | Dividend | N | T | Buy | 10/25 | M | | |
| 85. -Dow Jones Consumer Goods | C | Dividend | M | T | Buy | 1/9 | M | | |
| 86. -Dow Jones Consumer Services | A | Dividend | | | Buy | 1/9 | M | | |
| 87. -Dow Jones Consumer Services | A | Dividend | | | Sell | 8/6 | M | | |
| 88. Charles Schwab IRA #1 (includes 89-95) | | | | | | | | | |
| 89. -Schwab Money Market | A | Dividend | K | T | | | | | |
| 90. -Pimco Total Return Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 7/8/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. -Managers Fremont US Micro Cap Mutual Fund* | | None | K | T | | | | | |
| 92. -Gateway Mutual Fund | A | Dividend | J | T | | | | | |
| 93. -Tweedy Browne Global Value Mutual Fund | A | Dividend | J | T | | | | | |
| 94. -Meridian Value | A | Dividend | J | T | | | | | |
| 95. -Oppenheimer Real Asset | B | Dividend | J | T | | | | | |
| 96. Trust #1 (includes 97-104) | | | | | | | | | |
| 97. -Schwab Tax Exempt Money Market | A | Dividend | L | T | | | | | |
| 98. -Vanguard Intermediate Municipal Bond Mutual Fund | C | Dividend | L | T | | | | | |
| 99. -Managers Fremont US Micro Cap Mutual Fimd* | | None | K | T | | | | | |
| 100. -Gateway Mutual Fund | A | Dividend | L | T | | | | | |
| 101. -Tweedy Browne Global Value Mutual Fund | A | Dividend | J | T | | | | | |
| 102. -P&PProperty 88 | A | Distribution | J | W | | | | | |
| 103. -PLM Equipment Growth Fund | A | Distribution | J | W | | | | | |
| 104. -Pioneer Natural Resources | | None | J | W | | | | | |
| 105. Trust #2 (includes 106-120) | | | | | | | | | |
| 106. -Schwab Tax Exempt Money Market | A | Dividend | M | T | | | | | |
| 107. -Pimco Total Return Mutual Fund | C | Dividend | L | T | | | | | |
| 108. -Vanguard Intermediate Municipal Bond Mutual Fund | C | Dividend | L | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 7/8/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. -Pimco Foreign Bond Mutual Fund | C | Dividend | K | T | | | | | |
| 110. -DFA US 6-10 Value Mutual Fund | A | Dividend | J | T | | | | | |
| 111. -Managers Fremont US Micro Cap Mutual Fund* | | None | J | T | | | | | |
| 112. -Gateway Mutual Fund | B | Dividend | L | T | | | | | |
| 113. -Tweedy Browne Global Value Mutual Fund | A | Dividend | K | T | | | | | |
| 114. -Meridian Value | A | Dividend | J | T | | | | | |
| 115. -TCW Galileo Value | | None | J | T | | | | | |
| 116. -Thompson Plumb Growth | A | Dividend | J | T | | | | | |
| 117. -P&P Property 88 | A | Distribution | J | W | | | | | |
| 118. -PLM Equipment Growth Fund | A | Distribution | J | W | | | | | |
| 119. -Royce Low Priced Stock | B | Dividend | L | T | | | | | |
| 120. -Pioneer Natural Resources | | Royalty | J | W | | | | | |
| 121. Trust #3 (includes 122-146) | | | | | | | | | |
| 122. -Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 123. -Vanguard Bond Index Mutual Fund | A | Dividend | J | T | | | | | |
| 124. -Vanguard Intermediate Treasury Mutual Fund | A | Dividend | J | T | | | | | |
| 125. -Harbor International Mutual Fund | A | Dividend | K | T | | | | | |
| 126. -Pimco Total Return | C | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1.000 or less | B = $1,001-$2,900 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,100,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 7/8/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. -Rydex Juno Fund | | None | J | T | Buy | 5/11 | J | | |
| 128. -DFA US Micro Cap Fund | A | Dividend | J | T | Buy | 2/20 | J | | |
| 129. -Oppenheimer Real Asset | A | Dividend | J | T | | | | | |
| 130. -MSCI Japan Index Fund | A | Dividend | K | T | | | | | |
| 131. -Cohen & Steers Realty | A | Dividend | | | Sell | 4/7 | J | A | |
| 132. -Dow Jones Basic Materials | A | Dividend | J | T | | | | | |
| 133. -Dow Jones Consumer Services* | A | Dividend | | | Sell | 8/6 | J | A | |
| 134. -Dow Jones Consumer Goods* | A | Dividend | J | T | | | | | |
| 135. -Dow Jones Energy Sector | A | Dividend | J | T | | | | | |
| 136. -Dow Jones Financial Sector | A | Dividend | J | T | | | | | |
| 137. -Dow Jones Financial Services | A | Dividend | J | T | | | | | |
| 138. -Dow Jones Real Estate | A | Dividend | | | Sell | 4/7 | J | A | |
| 139. -Dow Jones Telecom | A | Dividend | J | T | | | | | |
| 140. -Goldman Sachs Natural Resources | A | Dividend | | | Sell | 12/8 | J | B | |
| 141. -Goldman Sachs Semiconductor | | | | | Sell | 4/29 | J | A | |
| 142. -NASDAQ Biotech Index | | | | | Buy | 3/5 | J | | |
| 143. -NASDAQ Biotech Index | | | | | Sell | 6/10 | J | | |
| 144. -Goldman Sachs Networking | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 7/8/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 A-H | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. -Goldman Sachs Software | A | Dividend | J | T | | | | | |
| 146. -Goldman Sachs Technology | | | | | Sell | 8/11 | J | A | |
| 147. Trust #4 (includes 148-173) | | | | | | | | | |
| 148. -Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 149. -Vanguard Bond Index Mutual Fund | A | Dividend | J | T | | | | | |
| 150. -Vanguard Inermediate Treasury Mutual Fund | B | Dividend | L | T | | | | | |
| 151. -Harabor International Mutual Fund | A | Dividend | J | T | | | | | |
| 152. -Pimco Total Return | A | Dividend | J | T | | | | | |
| 153. -Rydex Juno Fund | | None | J | T | Buy | 5/11 | J | | |
| 154. -DFA US Micro Cap | A | Dividend | J | T | Buy | 2/20 | J | | |
| 155. -Pimco Commodity Fund | A | Dividend | J | T | Buy | 10/25 | J | | |
| 156. -Cohen & Steers Realty | A | Dividend | | | Sell | 4/7 | J | A | |
| 157. -Dow Jones Basic Materials | A | Dividend | J | T | Buy | 10/25 | J | | |
| 158. -Dow Jones Consumer Services* | A | Dividend | | | Sell | 8/6 | J | A | |
| 159. -Dow Jones Consumer Goods* | A | Dividend | J | T | | | | | |
| 160. -Dow Jones Energy Sector | A | Dividend | J | T | | | | | |
| 161. -Dow Jones Financial Sector | A | Dividend | J | T | | | | | |
| 162. -Dow Jones Financial Services | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Re l Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 7/8/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. -Dow Jones Real Estate | A | Dividend | | | Sell | 4/7 | J | A | |
| 164. -Dow Jones Telecom | A | Dividend | J | T | | | | | |
| 165. -Goldman Sachs Natural Resources | A | Dividend | | | Sell | 12/8 | J | B | |
| 166. -Goldman Sachs Semiconductor | | | | | Sell | 4/29 | J | A | |
| 167. -NASDAQ Biotech Index | | | | | Buy | 3/5 | J | | |
| 168. -NASDAQ Biotech Index | | | | | Sell | 6/10 | J | | |
| 169. -Goldman Sachs Networking | | None | J | T | | | | | |
| 170. -Goldman Sachs Software | A | Dividend | J | T | | | | | |
| 171. -Goldman Sachs Technology | | | | | Sell | 8/11 | J | A | |
| 172. -Oppenheimer Real Asset | C | Dividend | J | T | | | | | |
| 173. -MSCI Japan Index Fund | A | Dividend | K | T | | | | | |
| 174. Charles Schwab SEP-IRA #1 (includes 175-177) | | | | | | | | | |
| 175. -Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 176. -Gateway Mutual Fund | A | Dividend | K | T | | | | | |
| 177. -Harbor Capital Appreciation Mutual Fund | A | Dividend | J | T | | | | | |
| 178. Charles Schwab IRA Rollover #2 (includes 179-185) | | | | | | | | | |
| 179. -Schwab Money Market Fund | A | Dividend | M | T | | | | | |
| 180. -Pimco Total Return Mutual Fund | E | Dividend | N | T | | | | | |



1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 7/8/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181.  -Pimco Foreign Bond Mutual Fond | D | Dividend | M | T | | | | | |
| 182.  -Gateway Mutual Fund | B | Dividend | M | T | | | | | |
| 183.  -Harbor Capital Appreciation Mutual Fund | A | Dividend | K | T | | | | | |
| 184.  -Tweedy Browne Global Value Mutual Fund | A | Dividend | L | T | | | | | |
| 185.  -Dow Jones Consumer Goods* | A | Dividend | K | T | | | | | |
| 186.  Charles Schwab IRA #2 (includes 187-192) | | | | | | | | | |
| 187.  -Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 188.  -Pimco Total Return Fund | A | Dividend | K | T | | | | | |
| 189.  -Managers Fremont US Micro Cap Mutual Fund* | | None | K | T | | | | | |
| 190.   -ateway Mutual Fund | A | Dividend | J | T | | | | | |
| 191.  -Tweedy Browne Global Value Mutual Fund | A | Dividend | J | T | | | | | |
| 192.  -Meridian Value | A | Dividend | J | T | | | | | |
| 193.  Rental Property #1, Dallas, TX | | | | | Sell | 1/15 | M | F | Marjorie Shor |
| 194.  401k-Transamerica | | None | N | T | | | | | |
| 195.  Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 196.  JP Morgan Chase (formerly Bank One) | A | Interest | N | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $ 0,001 $100,000 | B = $1,001 $2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001 $ ,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001 $1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII. Investments and Trusts

Line 7: previously reported as Fremont US Micro Cap Mutual Fund
Line 26: previously reported as Dow Jones Consumer Cyclical
Line 27: previously reported as Dow Jones Consumer Non-Cyclical
Line 39: previously reported as Fremont US Micro Cap Mutal Fund
Line 54: previously reported as Dow Jones Consumer Cyclical
Line 55: previously reported as Dow Jones Non Cyclical
Line 91: previously reported as Fremont US Micro Cap Mutual Fund
Line 99: previously reported as Fremont US Micro Cap Mutal Fund
Line 111: previously reported as Fremont US Micro Cap Mutual Fund
Line 133: previoulsy reported as Dow Jones Consumer Cyclical
Line 134: previously reported as Dow Jones Consumer Non-Cyclical
Line 158: previously reported as Dow Jones Consumer Cyclical
Line 159: previously reported as Dow Jones Consumer Non-Cyclical
Line 185: previously reported as Dow Jones Consumer Non-Cyclical
Line 189: previously reported as Fremont US Micro Cap Mutual Fund

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  7/8/05

NOTE: A[...]ULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544